IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

APRIL NEWTON                                                                                           PLAINTIFF

v.                                  Case No. 3:22-cv-00290-KGB

DART TRANSIT COMPANY, *et al.*                                                               DEFENDANT

## ORDER

Before the Court is plaintiff April Newton's motion for substitution and entry of appearance of counsel (Dkt. No. 7). Ms. Newton requests that attorney Charsie Gordon be substituted as counsel for Ms. Newton in place of attorney Joshua Adkerson (*Id.*). For good cause shown, the Court grants the motion and directs the Clerk of Court to substitute Ms. Gordon as counsel of record for Ms. Newton in the above-captioned matter.

It is so ordered this 6th day of March, 2023.

_____
Kristine G. Baker
United States District Judge