**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**APRIL NEWTON**                                                                      **PLAINTIFF**

**v.**                                  **Case No. 3:22-cv-00290-KGB**

**DART TRANSIT COMPANY,** *et al.*                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for a continuance of at least six months of all dates in the Court's Final Scheduling Order (Dkt. No. 12). The trial in this case is currently set for the week of April 22, 2024 (*Id.*, ¶ 2). The parties state that they have been working diligently in furtherance of this litigation but that plaintiff's counsel has been unable to obtain certain bills and records needed for discovery and that this has impeded both parties' discovery and depositions (*Id.*, ¶ 4). The parties request that the Court extend all dates in the Scheduling Order by six months (*Id.*, at 2). For good cause shown, the Court grants the parties' motion. The Court removes this case from the trial calendar for the week of April 22, 2024, and will reset the case for trial and reset all necessary pretrial deadlines by separate Order.

It is so ordered this 14th day of February, 2024.

Kristine G. Baker
Chief United States District Judge