IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**APRIL NEWTON**                                                                                                    **PLAINTIFF**

v.                                    **Case No. 3:22-cv-00290-KGB**

**DART TRANSIT COMPANY,** *et al.*                                                                **DEFENDANT**

**ORDER**

Before the Court is the status of this case. This case is currently set for trial sometime during the week of November 25, 2024 (Dkt. No. 15, at 1). On November 4, 2024, the parties filed a notice of settlement stating that all claims in this case have been compromised and settled (Dkt. No. 17). For these reasons, the Court removes this case from the trial calendar for the week of November 25, 2024, and continues all remaining pretrial deadlines. The Court directs the parties to file either a stipulation of dismissal or a status report within 21 days of the date of this Order.

It is so ordered this 12th day of November, 2024.

_____
Kristine G. Baker
Chief United States District Judge