IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**APRIL NEWTON**                                                                                          **PLAINTIFF**

**v.**                               **Case No. 3:22-cv-00290 KGB**

**DART TRANSIT COMPANY,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 19). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 17th day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge